IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CAROL L. BROWN,                )
                               )
  v.                           )
                               )   NO. 3-06-0728
MICHAEL J. ASTRUE, Commissioner, )
Social Security,               )

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Griffin in which she recommends that the Plaintiff's Motion for Judgment on the Record be granted and the case remanded to the Commissioner for reevaluation consistent with the findings contained therein.

No objections have been filed to the Report and Recommendation and the same is therefore adopted and approved by the Court.

Judgment is **GRANTED** on the Plaintiff's Motion and the case **REMANDED** for further consideration consistent with the findings and conclusions herein.

It is so ORDERED.

Thomas A. Wiseman, Jr.
Senior United States District Judge